

FILED

JUN 1 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>8051 EAST STOCKTON BOULEVARD #J37<br>SACRAMENTO, CALIFORNIA 95823 | CASE NO.  2:15-SW-0288 DAD<br><br>APPLICATION AND ORDER FOR UNSEALING<br>SEARCH WARRANT |

On May 29, 2015, a search warrant was filed in the above-referenced case.  Since the

government has made initial arrests in this case, it is no longer necessary for the search warrant to be

sealed.  The government respectfully requests that the search warrant and attached affidavit be unsealed.

Dated: June 11, 2015

BENJAMIN B. WAGNER
United States Attorney

By: _____
PAUL A. HEMESATH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: 6-11-2015        _____
                        The Honorable Edmund F. Brennan
                        UNITED STATES MAGISTRATE JUDGE